# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOE HENDERSON, § § §  Plaintiff, § § v. § § LJT TRANSPORT, INC., JAMES ANDREWS, § § § §  Defendants. § | CIVIL ACTION NO. 5:17-CV-00160-RWS |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 15th day of May, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE